AB:RJN

**M10- 504**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SALVATORE LAROSA,

    Defendant.

- - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

(18 U.S.C. §§ 1951(a) and 3551)

EASTERN DISTRICT OF NEW YORK, SS:

    KRISTIE OSSWALD, being duly sworn, deposes and says that she is a Special Agent with the Drug Enforcement Administration, duly appointed according to law and acting as such.

    Upon information and belief, on or about June 30, 2008, within the Eastern District of New York, the defendant SALVATORE LAROSA, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of the owners of a pizzeria of proceeds of the pizzeria in Staten Island, New York.

    (Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the Drug Enforcement Administration ("DEA"). I have been a Special Agent with the DEA since approximately September 2009. I am currently assigned to a DEA squad that investigates the organized crime families of La Cosa Nostra ("LCN"). During my tenure with the DEA, I have participated in investigations that have included, among other investigative techniques, the use of physical surveillance, execution of search warrants, consensual recordings of individuals associated with narcotics trafficking and other criminal activities and debriefing of confidential sources and cooperating witnesses. Through my training, education and experience, I have become familiar with narcotics trafficking and other criminal activities and the efforts of persons involved in such activities to avoid detection by law enforcement.

2. I have participated in the investigation of the offenses described herein. As a result of my participation in this investigation, and through interviews with, and analysis of reports submitted by, other law enforcement personnel, I am familiar with this investigation. The statements contained in this affidavit are based in part on information provided by

---

[1] Because the purpose of this Affidavit is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

Special Agents of the DEA, other law enforcement personnel, confidential informants, cooperating witnesses and also are based on my experience and background as a Special Agent. All statements are provided in sum and substance and in part.

3. SALVATORE LAROSA, is a 25 year old white male. A Cooperating Witness ("CW1")[2] has identified SALVATORE LAROSA and has advised that between approximately 2007 and 2008, LAROSA participated in a variety of criminal activities, including two robberies in Staten Island, New York.

4. In particular, CW1 has advised that LAROSA participated in the armed robbery of the owners of a pizzeria in Staten Island, New York. CW1 was asked by a third coconspirator ("CC1") to drive CC1 and SALVATORE LAROSA to the pizzeria and to follow the pizzeria owners to their residence. CC1 informed CW1 that the pizzeria owners transport proceeds of the pizzeria from the store to their home at night after the pizzeria closes.

5. On the night of the robbery, CW1 drove LAROSA and CC1 to the pizzeria. The owners of the pizzeria left in two separate cars and CW1, together with LAROSA and CC1 followed the owners to their residence. CW1, CC1 and LAROSA observed the

---

[2] CW1 has pled guilty to his participation in two robberies, including the robbery described in this affidavit. He is cooperating with the government in the hopes of receiving more lenient treatment with respect to his participation in these and other criminal activities which he committed with SALVATORE LAROSA and others.

4

owners carrying two bags, which CW1, CC1 and LAROSA believed to contain proceeds from the business.

6. CW1 parked the car close by the pizzeria owners' residence. CW1 waited in the car while LAROSA and CC1 approached the owners of the pizzeria store as they got out of their cars and prepared to enter their residence.

7. While CW1 waited in his car for CC1 and LAROSA to return, he heard a loud noise.

8. Shortly after CW1 heard the noise, CC1 and LAROSA re-entered CW1's car and instructed him to drive away. As they drove away, CC1 admitted to CW1 that one of the pizzeria owners had struggled and that CC1 fired his gun.

9. CC1 and LAROSA took a bag from one of the pizzeria owners that they believed to contain cash from the business. However, they realized they took the wrong bag, and informed CW1 that the bag contained pizza dough, which they later showed to CW1.

10. The information provided by CW1 is corroborated by the statements provided by one of the pizzeria owners, John Doe # 1, to the police. John Doe # 1 advised that when he got out of his car in front of his house, he was confronted by two individuals wearing masks and forced at gun point into the back seat of his (John Doe # 1's) car. John Doe # 2, the father of John Doe # 1 and co-owner of the pizzeria, arrived five minutes

5

later, and the assailants demanded "the deposit" at gun point. John Doe #2 tried to push one of the assailants away, and the assailant shot John Doe # 2 twice in the legs and took one of the bags that the victims were carrying home from the pizzeria. The bag that was stolen contained pizza dough. John Doe # 1 stated that after he exited his car, the assailants fled in it.

11. A Confidential Source ("CS1")[3] who was an associate of SALVATORE LAROSA and CC1 has advised that SALVATORE LAROSA and CC1 admitted to CS1 that they conspired and attempted to rob the owners of the pizzeria of proceeds of the store. According to CS1, CC1 admitted that he shot one of the owners because the owner struggled and said "get the f--k off me."

---

[3] CS1 has been arrested for aggravated assault with a weapon. CS1 does not have any other prior arrests, but has participated in a variety of criminal activities, including robberies, burglaries and narcotics sales. CS1 is cooperating with the government in the hopes of receiving more lenient treatment with respect to his participation in these criminal activities, including robberies and drug trafficking, some of which he committed with SALVATORE LAROSA and others.

6

WHEREFORE, your deponent respectfully requests that a warrant be issued for the arrest of the defendant SALVATORE LAROSA so that he may be dealt with according to law.

*[signature]*
KRISTIE OSSWALD
Special Agent
Drug Enforcement Administration

Sworn to before me this
3 day of May, 2010

*[signature]*
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK