



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 20 2010 ★

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2010R02437

*225 Cadman Plaza East*
*Brooklyn, New York 11201*

December 17, 2010

Mr. Salvatore Larosa

        Re: U.S. vs. Salvator Larosa
        <u>Criminal Docket No. CR-10-993</u>

Dear Mr. Larosa:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Monday, the 27th day of December, 2010 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By: Grand Jury Coordinator (RG)

CC: Hon. Sandra L. Townes (Mag. Pollak will accept the plea.)

    Rachel J. Nash
    Assistant U.S. Attorney

    James Frocarro, Esq.

    Pretrial Services Officer