## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  Marilyn D. Go             DATE : 12/29/10

DOCKET NUMBER:  10CR993(SLT)                 LOG # :  12:02-12:14

DEFENDANT'S NAME :  Salvatore LaRosa
            ✓ Present    ___ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL :  James Frocarro
            ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:  Rachel Nash                        DEPUTY CLERK : K. DiLorenzo

INTERPRETER : _____  (Language) _____

Arraignment & Bond modification Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

2 — Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start _____   Stop _____

✓ Order of Speedy Trial entered.   Code Type ___   Start 12/29/10  Stop 1/17/11

___ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : Bond modified as follows: Two sureties & the property removed from bond. Two additional sureties & property added to bond.