RJN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANTHONY GIOIA and
SALVATORE LAROSA

        Defendants.

- - - - - - - - - - - - - - - -X

UNSEALING ORDER

10 CR 993 (SLT)

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel J. Nash, for an order unsealing the superseding indictment in the above-captioned matter,

      WHEREFORE, it is ordered that the superseding indictment be unsealed and that the above-captioned matter be unsealed in its entirety.

Dated:    Brooklyn, New York
          January 20, 2011

                          THE HONORABLE ANDREW L. CARTER, JR.
                          UNITED STATES MAGISTRATE JUDGE
                          EASTERN DISTRICT OF NEW YORK