FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ NOV 28 2011 ★

**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

BROOKLYN OFFICE

November 14, 2011

The application is __X__ granted.
___ denied.
SO ORDERED.

s/ SLT

Sandra L. Townes, U.S.D.J.
Dated: November 18, 2011
Brooklyn, New York

BY ECF
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Salvatore Larosa</u>
10 Cr 993 (SLT)

Dear Judge Townes:

    Mr. Larosa was released on a $1 million Bond, secured by the homes of his relatives with an electronic monitoring bracelet in the case. He may presently leave his residence to work, to go to church, for medical emergencies and for attorney visits. He has at all times been compliant with the terms of his release.

    Mr. LaRosa's fiancé, Jennifer Pescitelli, is presently due to give birth to their child on December 2, 2011. By this letter, I am respectfully requesting that Mr. LaRosa be permitted to leave his residence to be present with her during childbirth and while she is admitted to the hospital and the child remains at the hospital. Of course, during permissible visiting hours. The hospital where she will give birth is

1

Richmond University Medical Center, located at 355 Bard Avenue, in Staten Island, New York.

The government and U.S. Pretrial Services Office have both consented to this request.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp