**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

February 9, 2012

BY ECF
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Salvatore Larosa
10 Cr 993 (SLT)

Dear Judge Townes:

    Mr. Larosa was released on a $1 million Bond, secured by the homes of his relatives with an electronic monitoring bracelet in the case. He may presently leave his residence to work full-time, to go to church, for medical emergencies and for attorney visits. He has at all times been compliant with the terms of his release.

    Mr. LaRosa's fiancé, Jennifer Pescitelli, recently gave birth to their a son, Salvatore, Jr.. By this letter, I am respectfully requesting that Mr. LaRosa be permitted to leave his residence on Sunday, February 12, 2012, to attend the child's Christening at the Holy Rosary Church, located at 80 Jerome Avenue in Staten Island, at 2:00 p.m.. The Christening will be followed by a dinner celebration at Bocelli's Restaurant, located at 1250 Hylan Boulevard in Staten Island from 5:00 p.m. until 8:30 p.m..

1

      The government and U.S. Pretrial Services Office have both consented to this request.

                              Respectfully yours,

                                    /JRF/

                            James R. Froccaro, Jr.

JRF:tp