**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5066**
**email: JRFESQ61@aol.com**

March 6, 2012

BY ECF
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Salvatore Larosa
10 Cr 993 (SLT)

Dear Judge Townes:

    Mr. Larosa was released on a $1 million Bond, secured by the homes of his relatives with an electronic monitoring bracelet in the case. He may presently leave his residence in New Jersey to work full-time, to go to church, for medical emergencies and for attorney visits. He has at all times been compliant with the terms of his release.

    By this letter, I am respectfully requesting that Mr. Larosa be granted permission to travel to Iberia Restaurant, located at 82 Ferry Street, New Jersey, the evening of March 10, 2012, with his fiancé and family for dinner.

    The government and U.S. Pretrial Services Office have both consented to this request.

Respectfully yours,
/JRF/
James R. Froccaro, Jr.

JRF:tp