**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

March 10, 2012

<u>BY ECF</u>
Hon. James Orenstein
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

               Re: <u>United States v. Salvatore Larosa</u>
                    10 Cr 993 (SLT)

Dear Judge Orenstein:

     In accordance with Your Honor's directive, attached is proof that each suretor has consented to the proposed modification of Mr. Larosa's Bond. Namely, that he be permitted to travel to a restaurant in Newark, New Jersey, for dinner the evening of March 10, 2012.

                           Respectfully yours,

                                /JRF/

                           James R. Froccaro, Jr.

Encls.

We are suretors on the $1 million Appearance Bond of Salvatore LaRosa. We are aware that Salvatore LaRosa has requested permission from the Court to have dinner at Iberia Restaurant in ~~Staten Island~~ Newark NJ during the evening of March 10, 2012. We consent to this request.

_____
SALVATORE LAROSA

_____
NANCY LAROSA

We are suretors on the $1 million Appearance Bond of Salvatore LaRosa. We are aware that Salvatore LaRosa has requested permission from the Court to have dinner at Iberia Restaurant in ~~Staten Island~~ Ewark N.J during the evening of March 10, 2012. We consent to this request.

_____
SALVATORE LAROSA

_____
MARGARET LAROSA

We are suretors on the $1 million Appearance Bond of Salvatore LaRosa. We are aware that Salvatore LaRosa has requested permission from the Court to have dinner at Iberia Restaurant in Staten Island during the evening of March 10, 2012. We consent to this request.

Newark, N.J.

_____
NICHOLAS LAROSA

_____
JEANINE LAROSA