**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5066**
**email: JRFESQ61@aol.com**

July 13, 2012

<u>BY ECF</u>
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Salvatore Larosa</u>
10 Cr 993 (SLT)

Dear Judge Townes:

    Mr. Larosa was released on a $1 million Appearance Bond with an electronic monitoring bracelet nearly two years ago. He may presently leave his residence in New Jersey to work full-time, to go to church, for medical emergencies and attorney visits. He has at all times been compliant with the terms of his release.

    By this letter, I am respectfully requesting that Mr. Larosa be granted permission to visit with his grandfather, also named Salvatore, and grandmother, Nancy, at their residence located at 9401 Park Drive, in the State of South Carolina from July 24, 2012, to August 1, 2012. Unfortunately, Mr. Larosa's grandfather is not well and he is no longer able to travel to New York to visit. For Your Honor's information, both grandparents are suretors and they also have posted their home as collateral for Mr. LaRosa's Bond. Mr. LaRosa will be traveling to South Carolina and staying at his grandparents home, along with his fiancé, and their child.

    The government and Pretrial Services have both consented to this request.

Respectfully yours,
/JRF/
James R. Froccaro, Jr.

JRF:tp