**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

July 13, 2012

The application is ✗ granted.
                    ___ denied.
SO ORDERED.

s/ SLT

Sandra L. Townes, U.S.D.J.
Dated: July 23, 2012
Brooklyn, New York

BY ECF
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Salvatore Larosa</u>
10 Cr 993 (SLT)

Dear Judge Townes:

Mr. Larosa was released on a $1 million Appearance Bond with an electronic monitoring bracelet nearly two years ago. He may presently leave his residence in New Jersey to work full-time, to go to church, for medical emergencies and attorney visits. He has at all times been compliant with the terms of his release.

By this letter, I am respectfully requesting that Mr. Larosa be granted permission to visit with his grandfather, also named Salvatore, and grandmother, Nancy, at their residence located at 9401 Park Drive, in the State of South Carolina from July 24, 2012, to August 1, 2012. Unfortunately, Mr. Larosa's grandfather is not well and he is no longer able to travel to New York to visit. For Your Honor's information, both grandparents are suretors and they also have posted their home as collateral for Mr. LaRosa's Bond. Mr. LaRosa will be traveling to South Carolina and staying at his grandparents home, along with his fiancé, and their child.

The government and Pretrial Services have both consented to this request.

Respectfully yours,
/JRF/
James R. Froccaro, Jr.

JRF:tp